**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,      :   No. 323 EAL 2020

           Respondent      :

     :   Petition for Allowance of Appeal
     :   from the Order of the Superior Court

           v.      :

NICHOLAS DUPREE,      :

           Petitioner      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 2nd day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.